

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-326

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

_May 25, 2005_
(Date forms issued)

_Gregory A. [signature]_
(Signature of Party or their Representative)

_Gregory A. Siords_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action