IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROGER KEITH, CO-EXECUTOR<br>TO THE ESTATE OF<br>ERNEST V. KEITH, DECEASED<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY A. SIORIS, ESQUIRE,<br>HENRY A. HEIMAN, ESQUIRE,<br>and HEIMAN ABER GOLDLUST & BAKER,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:    1:05-cv-00326-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

    **PLEASE ENTER** the appearance of John A. Elzufon, Esquire and Matthew P. Donelson, Esquire, as attorneys for defendants, Henry A. Heiman, Esquire and Heiman, Aber, Goldlust & Baker.

                                                ELZUFON AUSTIN REARDON<br>
                                                TARLOV & MONDELL, P.A.

                                                /s/ Matthew P. Donelson<br>
                                                John A. Elzufon, Esquire<br>
                                                Del ID # 177<br>
                                                Matthew P. Donelson, Esquire<br>
                                                Del ID # 4243<br>
                                                300 Delaware Avenue, Suite 1700<br>
                                                P.O. Box 1630<br>
                                                Wilmington, DE 19899-1630<br>
                                                (302) 428-3181<br>
                                                Attorneys for Defendants<br>
                                                Henry A. Heiman, Esq., and<br>
                                                Heiman, Aber, Goldlust & Baker

DATED: 06/16/05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROGER KEITH, CO-EXECUTOR<br>TO THE ESTATE OF<br>ERNEST V. KEITH, DECEASED<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY A. SIORIS, ESQUIRE,<br>HENRY A. HEIMAN, ESQUIRE,<br>and HEIMAN ABER GOLDLUST & BAKER,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF ELECTRONIC SERVICE**

I, Matthew P. Donelson, do hereby certify that on this 16th day of June, 2005, I have caused the following documents to be served electronically on the parties listed below:

1. Entry of Appearance;

2. This Certificate of Electronic Service.

| Kevin W. Gibson, Esq.<br>Gibson & Perkins LP<br>1326 King Street<br>Wilmington, DE 19801 | Gregory A. Sioris, Esq.<br>350 Fifth Avenue #7606<br>New York, NY 10118-7606 |
|---|---|

DATE: June 16, 2005

    /s/MATTHEW P. DONELSON
MATTHEW P. DONELSON  #4243

G:\Docs\CLIENT\314\15533\pleading\00288375.DOC