UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

------------------------------------x

ROGER KEITH, Co-Executor       1:05-cv-00326 KAJ
To the Estate of
Ernest V. Keith,

    Plaintiff,

  Vs.

Gregory A. Sioris, Esquire,
Henry A. Heiman, Esquire,
And Heiman Aber Goldlust & Baker,

    Defendants.
------------------------------------x



FILED
JUL 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**REPLY DECLARATION OF GREGORY A. SIORIS IN SUPPORT OF**

**PETITION FOR REMOVAL**

1. I, Gregory A. Sioris, of 350 Fifth Avenue, Suite 7676, New York, NY 10118-7606 reply to the answer of defendants Henry A. Heiman and Heiman, Aber Goldlust & Baker dated June 16, 2005. This reply is made on my personal knowledge of the facts.

2. The answering defendants do not allege anywhere in their papers that they are indispensable parties to this suit in order to make a strong argument against removal. As a result, this Court can drop the other defendants pursuant to Rule 21 and grant the removal petition as to the undersigned, see <u>LeBlanc v. Cleveland</u>, 248 F.3d 95, 99-100 (2nd Cir. 2001).

 I declare under the penalty of perjury that the foregoing is true and correct.

1

Dated: New York, NY
       July 22, 2005

_____
Gregory A. Sloris
Defendant *Pro Se*
350 Fifth Avenue, Suite 7606
New York, NY 10118-7606
(212)840-2644

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------x
ROGER KEITH, Co- Executor of the            :
Estate of Ernest V. Keith,                  :
                                            :
                    Plaintiff,              :
          v.                                :
                                            :
GREGORY A. SIORIS, ESQUIRE,                 :
et. al.,                                    :
                                            :
                    Defendants.             :
-------------------------------------------x
```

**CERTIFICATE OF SERVICE**

I, Gregory A. Sioris, on July 25, 2005, forwarded a copy of the undersigned defendant's reply to the following parties in the manner as described above their names.

Dated: New York, NY
       July 25, 2005

                                          Gregory A. Sioris
                                          Defendant *Pro Se*
                                          350 Fifth Avenue, #7606
                                          New York, NY 10118-7606
                                          (212)840-2644

Via First Class Mail

Kevin William Gibson, Esq.
Attorney for Plaintiff
Gibson & Perkins, P.C.
200 East State Street, Suite 105
Media, PA 19063

Via First Class Mail

John A. Elzufon, Esq.
Elzufon Austin et. al.
Attorney for Defendants
Heiman, et. al.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899-1630

1







NEW YORK NY 100
PM 25 JUL 2005

U.S.M.S.
X-RAY

Gregory A. Sioris
Attorney at Law
350 Fifth Avenue
New York, NY 10118-7606

Filing Clerk
United States District Court
844 King Street
Wilmington, DE 19801

19801-3518